102615.0015.2V.00485485.001     UNITED STATES BANKRUPTCY COURT     1406806.Court.278
Eastern District of North Carolina New Bern Division
Case 14-06806-5-DMW    Doc 31    Filed 10/27/15    Entered 10/27/15 13:20:47    Page 1 of 9

```
                                          IN RE
                                          SYLVIA NOEL
                                          2716 HODGES ROAD
 1406806-Court-A-U.S.
 HERBERT FRANK ALLEN                      KINSTON, NC 28504
 ATTORNEY AT LAW                                    SSN or Tax I.D.   XXX-XX-2279
 PO BOX 1258
 TARBORO, NC 27886-1258




 U.S. Bankruptcy Court
 P.O. Box 791
 Raleigh, NC 27602
                                          Chapter 13
                                          Case Number:   14-06806-5-DMW
```

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 11/26/2015, you or your attorney must file with the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                    U.S. Bankruptcy Court
                    PO Box 791
                    Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| SYLVIA NOEL | HERBERT FRANK ALLEN | Joseph A. Bledsoe, III |
| 2716 HODGES ROAD | ATTORNEY AT LAW | P.O. Box 1618 |
| KINSTON, NC 28504 | PO BOX 1258 | New Bern, NC 28563 |
|  | TARBORO, NC 27886-1258 |  |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date: October 26, 2015                    Joseph A. Bledsoe, III
                                          Chapter 13 Trustee
                                          P.O. Box 1618
                                          New Bern, NC 28563
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:                                                                                  CASE NUMBER: 14-06806-5-DMW

    SYLVIA NOEL

                                                                                                      CHAPTER 13
                DEBTOR(S)

MINUTES OF 341 MEETING AND
MOTION FOR CONFIRMATION OF PLAN

    NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on January 5, 2015, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

   | | | | |
   |---|---|---|---|
   | $1,675.00 | for | 60 | Months |
   | | for | | Months |
   | | for | | Months |
   | | for | | Months |

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before April 6, 2015 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before May 20, 2015 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

   a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #800 Select Portfolio | Residence | Outside |
| #820 NC Housing | Residence 2nd lien | Outside |

    b. Continuing Long Term Debts to be paid by the Trustee:

        **IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments.**
        **(SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #027 Lenoir Co Tax | Tax lien | $1,764.55 @ 10.25% to be paid over life of plan |

    d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #001 Ally Financial | '07 Hummer H2 | $39,625.00 secured<br>$3,552.89 unsecured | 5.25% to be paid over life of plan |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

NONE

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
|---|---|---|
| #005 Dwight Rouse | Land that daycare is on | Assume |
| #013 Eric Rouse | Modular unit for daycare | Assume |
| #030 Leonard Aluminum Utility Bldgs | Building | Assume |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00. The Trustee recommends to the Court a fee of $3,700.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

                                              s/ Joseph A. Bledsoe, III
                                              Joseph A. Bledsoe, III
                                              Standing Chapter 13 Trustee

**EXHIBIT 'A'**  **CASE NUMBER: 14-06806-5-DMW**
**DEBTORS:** SYLVIA NOEL

**EMPLOYMENT:**
Debtor: DAY CARE BUSINESS/SUPPORT/FINANCE CONTRIBUTIONS  **GROSS INCOME:** $82,800.00

Spouse:

**Prior Bankruptcy cases:** Yes ☒  No ☐  If so, Chapter 13  filed 8/11/94
Disposition: Discharge entered 11/3/1997

Joint Chapter 13 Filed 9/23/99 - Discharge entered 11/18/02

Joint Chapter 13 filed 10/19/11 - Dismissed on Debtor's Motion 9/12/12

Individual Chapter 13 filed 11/21/12 - Dismissed on Trustee's Motion 9/12/14

**Real Property:** House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐
Description: RESIDENCE AND LOT, 2716 HODGES ROAD, KINSTON, NC (1/2 UNDIVIDED INTEREST WITH EX-HUSBAND)

| | | | |
|---|---|---|---|
| FMV | $170,486.00 | Date Purchased | |
| Liens | $221,066.00 | Purchase Price | |
| Exemptions | $0.00 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | |

**Real Property:** House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐
Description: COMMUNITY CEBTER/POOL WITH 2 BATHROOMS (1/2 UNDIVIDED INTEREST)

| | | | |
|---|---|---|---|
| FMV | $12,811.00 | Date Purchased | |
| Liens | $0.00 | Purchase Price | |
| Exemptions | $3,805.75 | Improvements | |
| Equity | $9,005.25 | Insured For | |
| Rent | | Tax Value | |

**COMMENTS:**

**Attorney Fees:**
Requested: $3,700.00 (excluding filing fee)
Paid: $1,149.50 (excluding filing fee)
Balance: $2,950.50

**Trustee's Recommendation:** $3,700.00
Comments:

**Plan Information:**

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $ 0.00 | Pay in | $100,500.00 | Priority | 100.00% |
| Priority | $20,108.78 | Less 6.00% | $6,030.00 | Secured | 100.00% |
| Secured | $45,118.19 | Subtotal | $94,470.00 | Unsecured | 100.00% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Unsecured | $22,344.42 | Req. Atty. Fee | Incl. w/ claims | Joint | | % |
| Joint Debts | | Available | $94,470.00 | Co-Debts | | % |
| Co-Debtor | | | | | | |

|  |  | **Payroll Deduction:** | Yes | X | No | ☐ |
|---|---|---|---|---|---|---|
| <u>Objection to Confirmation:</u> | | Yes    X | No    ☐ | | | |

    Pending:    SEE COURT DOCKET
    Resolved:    SEE COURT DOCKET

<u>Motions Filed:</u>    Yes  X    No    ☐

    If so, indicate type and status:    SEE COURT DOCKET

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1406806 | TRUSTEE: 2V | COURT: 278 | Page 1 of 3 |
| TASK: 10-23-2015.00485485.LSA000 | | DATED: 10/26/2015 | |

| | | | | |
|---|---|---|---|---|
| Court | | Served Electronically | | |
| Trustee | | Joseph A. Bledsoe, III | | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | SYLVIA NOEL | | 2716 HODGES ROAD<br>KINSTON, NC 28504 |
| 799 | 000002 | HERBERT FRANK ALLEN<br>PO BOX 1258 | | ATTORNEY AT LAW<br>TARBORO, NC 27886-1258 |
| 002 | 000017 | CENTURY LINK<br>PO BOX 5471 | | C/O RMS<br>MOUNT LAUREL, NJ 08054 |
| 036 | 000039 | PENDRICK CAPITAL PARTNERS<br>507 PRUDENTIAL ROAD HOSHAM | | C/O NCO FINANCIAL SYSTEMS, INC<br>HORSHAM, PA 19044 |
| 018 | 000010 | INTERNAL REVENUE SERVICE | | PO BOX 7346<br>PHILADELPHIA, PA 19101 |
| 020 | 000027 | INTERNAL REVENUE SERVICE | | PO BOX 7346<br>PHILADELPHIA, PA 19101 |
| 016 | 000059 | INTERNAL REVENUE SERVICE | | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 016 | 000008 | INTERNAL REVENUE SERVICE | | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 017 | 000009 | INTERNAL REVENUE SERVICE | | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 019 | 000026 | INTERNAL REVENUE SERVICE | | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 016 | 000060 | INTERNAL REVENUE SERVICE | | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 047 | 000050 | US CELLULAR<br>PO BOX 12914 | | C/O PORTFOLIO RECOVERIES<br>NORFOLK, VA 23541 |
| 043 | 000046 | SUDDENLINK<br>11821 ROCK LANDING DR | | C/O CREDIT CONTRIL<br>NEWPORT NEWS, VA 23606 |
| 030 | 000035 | LEONARD ALUMINUM UTILITY BLDGS<br>PO BOX 1728 | | DBA LEONARD BUILDINGS & TRUCK<br>MOUNT AIRY, NC 27030 |
| 035 | 000038 | PATHOLOGY ASSOCIATES KINSTON<br>415 N EDGEWORTH ST STE 210 | | C/O STERN & ASSOCIATES<br>GREENSBORO, NC 27401 |
| 032 | 000013 | NC DEPT OF REVENUE<br>P O BOX 1168 | | ATTN: BANKRUPTCY UNIT<br>RALEIGH, NC 27602-1168 |
| 033 | 000014 | NC DEPT OF REVENUE<br>P O BOX 1168 | | ATTN: BANKRUPTCY UNIT<br>RALEIGH, NC 27602-1168 |
| 034 | 000037 | NC DEPT OF REVENUE<br>P O BOX 1168 | | ATTN: BANKRUPTCY UNIT<br>RALEIGH, NC 27602-1168 |
| 820 | 000004 | NC HOUSING FINANCE AUTHORITY | | 3508 BUSH STREET<br>RALEIGH, NC 27609 |
| 822 | 000005 | NC HOUSING FINANCE AUTHORITY | | 3508 BUSH STREET<br>RALEIGH, NC 27609 |
| 011 | 000015 | EMPLOYMENT SECURITY COMMISSION<br>POST OFFICE BOX 26504 | | ATTN: BENEFIT PAYMENT CONTROL<br>RALEIGH, NC 27611-6504 |
| 012 | 000016 | EMPLOYMENT SECURITY COMMISSION<br>POST OFFICE BOX 26504 | | ATTN: BENEFIT PAYMENT CONTROL<br>RALEIGH, NC 27611-6504 |
| 008 | 000021 | EASTERN RADIOLOGISTS<br>PO BOX 876 | | C/O SCA COLLECTIONS<br>GREENVILLE, NC 27834 |

```
CASE: 1406806         TRUSTEE: 2V              COURT: 278                                    Page 2 of 3
TASK: 10-23-2015.00485485.LSA000      DATED: 10/26/2015

053    000063    POOL PRO OF GREENVILLE. LLC           2803 EVANS ST
                                                       GREENVILLE, NC 27834

007    000020    EASTERN RADIOLOGISTS                  2101 W ARLINGTON BLVD STE 210
                                                       GREENVILLE, NC 27834-5758

015    000025    GREENVILLE POOL & SUPPLY              3730 S CHARLES BLVD
                                                       GREENVILLE, NC 27858

050    000056    MATTHEW ZACHARY PHELAN                SHAPIRO & INGLE, L.L.P.
                 10130 PERIMETER PKWY, SUITE 400       CHARLOTTE, NC 28216

044    000047    SUNCOM                                P O BOX 96067
                                                       CHARLOTTE, NC 28296-0067

045    000048    UNIVERSITY OF MOUNT OLIVE             634 HENDERSON ST
                                                       MOUNT OLIVE, NC 28365

006    000019    EASTERN EYE ASSOCIATES                1007 W. VERNON AVE
                                                       KINSTON, NC 28501

013    000054    ERIC ROUSE                            PO BOX 6115
                                                       KINSTON, NC 28501

054    000064    SWINDELL LAW FIRM                     127 S. QUEEN ST
                 PO BOX 6373                           KINSTON, NC 28501

022    000034    KINSTON LENOIR MEMORIAL               PO DRAWER 1678
                                                       KINSTON, NC 28501-0000

024    000029    KINSTON MEDICAL SPECIALISTS PA        701 DOCTOR DRIVE
                 SUITE N                               KINSTON, NC 28501-1584

003    000055    DANIEL DEANS                          PO BOX 172
                                                       KINSTON, NC 28502

041    000043    ST. MARK CHURCH MINISTRIES, INC.      PO BOX 881
                                                       KINSTON, NC 28502

042    000045    STALLINGS PLUBMING                    HEATING & AIR
                 PO BOX 3168                           KINSTON, NC 28502

027    000011    LENOIR COUNTY TAX DEPT                P O BOX 3289
                                                       KINSTON, NC 28502-0000

028    000012    LENOIR COUNTY TAX DEPT                P O BOX 3289
                                                       KINSTON, NC 28502-0000

005    000053    DWIGHT ROUSE                          PO BOX 1559
                                                       KINSTON, NC 28503

037    000040    ROBERT M DEEPE MD                     PO BOX 5485
                                                       KINSTON, NC 28503

040    000044    ST MARK CHURCH MINISTRIES             C/O ATTY JAMES S. PERRY
                 PO DRAWER 1475                        KINSTON, NC 28503

039    000042    SPRINGLEAF FINANCIAL SERVICES         KINSTON POINTE SHOPPING CENTER
                 4167 W VERNON AVE                     KINSTON, NC 28504

021    000028    JOSH BRADSHAW PLUMBING                PO BOX 303
                                                       DEEP RUN, NC 28525

029    000033    LENOIR MEMORIAL HOSPITAL              PO BOX 1678
                                                       GRIFTON, NC 28530

023    000030    KINSTON MEDICAL SPECIALISTS           C/O ONLINE COLLECTIONS
                 PO BOX 1489                           WINTERVILLE, NC 28590

046    000049    UNIVERSITY OF MOUNT OLIVE             C/O WILLIAMS & FUDGE INC
                 PO BOX 11590                          ROCK HILL, SC 29731

010    000023    EMPLOYEE OF LENOIR COUNTY             C/O ESCALLATE LLC
                 PO BOX 714242                         COLUMBUS, OH 43271
```

CASE: 1406806   TRUSTEE: 2V   COURT: 278   Page 3 of 3
TASK: 10-23-2015.00485485.LSA000   DATED: 10/26/2015

| | | | |
|---|---|---|---|
| 009 | 000022 | EMP OF LENOIR COUNTY | 4535 DRESSLER RD<br>CLANTON, OH 44718 |
| 025 | 000031 | KINSTON THORACIC VASCULAR<br>7870 CAMARGO RD | C/O PARSON BISHOP NATIONAL COLL<br>CINCINNATI, OH 45243 |
| 001 | 000003 | ALLY FINANCIAL<br>PO BOX 130424 | by ALLY SERVICING, LLC<br>ROSEVILLE, MN 55113-0004 |
| 001 | 000062 | ALLY FINANCIAL<br>PO BOX 130424 | by ALLY SERVICING, LLC<br>ROSEVILLE, MN 55113-0004 |
| 048 | 000051 | VERIZON | PO BOX 26055<br>MINNEAPOLIS, MN 55426-6055 |
| 052 | 000061 | AMERICAN INFOSOURCE LP<br>PO BOX 248848 | T MOBILE/ T MOBILE USA INC<br>OKLAHOMA CITY, OK 73124-8848 |
| 051 | 000057 | AMERICAN INFOSOURCE<br>PO BOX 248848 | T MOBILE / T-MOBILE USA<br>OKLAHOMA CITY, OK 73124-8848 |
| 038 | 000041 | SELECT PORTFOLIO SERVICING | PO BOX 65250<br>SALT LAKE CITY, UT 84165 |
| 800 | 000006 | SELECT PORTFOLIO SERVICING | PO BOX 65250<br>SALT LAKE CITY, UT 84165 |
| 802 | 000007 | SELECT PORTFOLIO SERVICING | PO BOX 65250<br>SALT LAKE CITY, UT 84165 |
| 031 | 000036 | MOBILE MINI | 7420 S KYRENE RD STE 101<br>TEMPE, AZ 85283 |
| 004 | 000018 | DIRECT TV<br>610 WALTHAM WAY | C/O FNCB<br>SPARKS, NV 89434 |
| 026 | 000032 | KLERITEC | 15823 MONTE ST 103<br>SYLMAR, CA 91342 |
| 049 | 000052 | VERIZON WIRELESS | 1247 BROADWAY<br>SONOMA, CA 95476 |
| 014 | 000024 | FAMILY MOBILE | PO BOX 629026<br>EL DORADO HILLS, CA 95762-9026 |

65 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 10/26/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   10/26/2015   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail